UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| ISRAEL DODD RICHARDSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:23-cv-00188-TWP-KMB |
| ) | |
| KENNY FREEMAN Sheriff Jennings County IN, ) | |
| CODY LOW Deputy Sheriff Jennings County IN, ) | |
| KYLE LEE Deputy Sheriff Jennings County IN, ) | |
| individually and in their official capacities, ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT ORDER PURSUANT TO FED. R. CIV. P. 56**

The Court having this day made its Order Granting Defendants' Motion for Summary Judgment, the Court now enters **FINAL JUDGMENT**.

**Judgment is entered** in favor of Defendants Kenny Freeman, Cody Low, and Kyle Lee individually and in their official capacities. This action is **TERMINATED**.

**SO ORDERED**.

Date:  6/11/2025

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

ISRAEL DODD RICHARDSON
235 South East Cherokee Drive
North Vernon, IN 47265

Amy Stewart Johnson
Frost Brown Todd LLP
asjohnson@fbtlaw.com

Barry F. McGinley
Frost Brown Todd LLP
bmcginley@fbtlaw.com